**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COGAN HOUSE TOWNSHIP,

          Petitioner

          v.

DAVID LENHART AND DIANNE
LENHART,

          Respondents

: No. 80 MAL 2019
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.